# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY CEPHUS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORFOLK SOUTHERN CORPORATION, )<br>NORFOLK SOUTHERN RAILWAY )<br>COMPANY and THE ALABAMA GREAT )<br>SOUTHERN RAILROAD COMPANY, )<br>)<br>Defendants. ) | **CIVIL ACTION**<br>**CV 2014-00319-MHH** |

## NOTICE OF APPEARANCE

The undersigned, John M. Graham, of the firm CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL LLP, Suite 700, Park Place Tower, 2001 Park Place North, Birmingham, Alabama 35203, hereby enters his appearance as co-counsel of record for defendants Norfolk Southern Corporation, et al.

/s/ John M. Graham_____
John M. Graham
Alabama Bar No. ASB-5616-G70J
jmg@cabaniss.com
CABANISS, JOHNSTON, GARDNER,
DUMAS & O'NEAL LLP
2001 Park Place North, Suite 700
Birmingham, AL 35203-4804
Telephone: (205) 716-5312
Facsimile: (205) 716-5389

ATTORNEYS FOR DEFENDANTS
NORFOLK SOUTHERN CORPORATION,
NORFOLK SOUTHERN RAILWAY
COMPANY and THE ALABAMA GREAT
SOUTHERN RAILROAD COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2014, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court using the AlaFile system which will send notification of such filing to other counsel in this case.

    Michael D. Blalock, Esq.
    Blalock and Blalock
    1232 Blue Ridge Blvd.
    Birmingham, Alabama 35226

    /s/ John M. Graham_____
    OF COUNSEL