# IN THE
## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY CEPHUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **CV 2014-00319-MHH** |
| NORFOLK SOUTHERN CORPORATION, ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY and THE ALABAMA GREAT ) | |
| SOUTHERN RAILROAD COMPANY, ) | |
| ) | |
| Defendants. ) | |

## **JOINT STIPULATION OF DISMISSAL**

Come now the parties to this action, by and through their below-signed counsel, and stipulate that the above-styled action is due to be dismissed with prejudice, each party to bear his or its own costs.

                                              */s Michael D. Blalock*
                                              Michael D. Blalock
                                              J. Harry Blalock
                                              Attorneys for the plaintiff

OF COUNSEL:
Blalock & Blalock, P.C.
P.O. Box 26365
Hoover, Alabama 35260-0365
(205) 823-8088

                                          */s Sydney F. Frazier, Jr.*_____
                                          Sydney F. Frazier, Jr.
                                          Alabama Bar No. ASB-1049-R47S
                                          Attorney for defendants

OF COUNSEL:

Crawford S. McGivaren, Jr., Esq.
John M. Graham, Esq.
CABANISS, JOHNSTON, GARDNER,
  DUMAS & O'NEAL LLP
P. O. Box 830612
Birmingham, AL 35283-0612
Telephone:  (205) 716-5312
Facsimile:  (205) 716-5389