# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY CEPHUS,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:14-cv-00319-MHH |
| **NORFOLK SOUTHERN CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY and THE ALABAMA GREAT SOUTHERN RAILROAD COMPANY,** | } |
| Defendants. | |

## ORDER

Plaintiff Anthony Cephus and defendants Norfolk Southern Corporation, Norfolk Southern Railway Company, and the Alabama Great Southern Railroad Company have filed a joint stipulation of dismissal with prejudice. (Doc. 13).

The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this January 23, 2015.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE